**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CLARENCE WALLACE, | CIVIL ACTION NO. 09-5644 (MLC) |
| Plaintiff, | **O P I N I O N** |
| v. | |
| GEORGE W. HAYMAN, et al., | |
| Defendants. | |

**THE PLAINTIFF** is a pro se prisoner. The Court dismissed some of the plaintiff's claims by an order dated June 24, 2010 ("June 2010 Order"), and dismissed the plaintiff's remaining claims by an order and judgment dated September 17, 2010 ("September 2010 Order"). (See dkt. entry no. 7, 9-17-10 Order; dkt. entry no. 4, 6-24-10 Order; see also dkt. entry no. 3, 6-24-10 Op.) The Court denied the plaintiff's motion for reconsideration of the September 2010 Order under Local Civil Rule 7.1(i) by an order dated March 12, 2012 ("March 2012 Order"). (See dkt. entry no. 19, 3-12-12 Order.) The Court then denied the plaintiff's motion for relief under Local Civil Rule 7.1(i) and Federal Rule of Civil Procedure 60 by an order dated September 7, 2012 ("September 2012 Order"). (See dkt. entry no. 23, 9-7-12 Order; see also dkt. entry no. 22, 9-7-12 Op.) The Court assumes that the plaintiff is familiar with the contents of the aforementioned orders.

**THE PLAINTIFF** now moves again for reconsideration.  (See dkt. entry no. 25, Mot.)  The plaintiff raises the same claims and arguments that have already been thoroughly addressed by the Court in the June 2010 Order, September 2010 Order, March 2012 Order, and September 2012 Order.  The Court will not address them again.

**THE MOTION** will be denied.  The Court advises the plaintiff that any further motions for reconsideration in this action will not be addressed.  The Court will issue an appropriate order.

       s/ Mary L. Cooper
       **MARY L. COOPER**
       United States District Judge

Dated: May 13, 2013